IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHUKWUMA E. AZUBUKO,

    Plaintiff,

vs.                          Civil Action 2:05-CV-121
                             Judge Sargus
                             Magistrate Judge King

BRIGHAM AND WOMEN HOSPITAL,
et al.,

    Defendants.

### ORDER

    On January 11, 2011, this Court denied plaintiff's motion to reopen the case or vacate the judgment entered in this action on April 13, 2005. *Order*, Doc. No. 22. This matter is now before the Court on plaintiff's motion to reconsider that order. *Motion for Reconsideration*, Doc. No. 23.

    Nothing stated in plaintiff's current motion persuades the Court that the *Order* of January 11, 2011 was in any respect erroneous. Accordingly, plaintiff's *Motion for Reconsideration*, Doc. No. 23, is **DENIED**.

1-27-2011
Date

Edmund A. Sargus, Jr.
United States District Judge